# Third District Court of Appeal

## State of Florida

Opinion filed October 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1690
Lower Tribunal No. 20-320-A-K

_____

**Adam Bruce Bounds,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Adam Bruce Bounds, in proper person.

Ashley Moody, Attorney General, for respondent.

Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Petition denied.